LOUISE AUGER, ET AL. v. THE GIONTI AGENCY; AND THE
SELECT WAY BUDGET PLAN, INC. AND THE HARTFORD
INSURANCE COMPANY v. THOMAS F. VALLA.

September 22, 1988.

This matter having been duly considered and the Court
having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is
dismissed. (See 109 *N.J.* 504)

STATE OF NEW JERSEY v. RONALD MEYERS.

September 26, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. DREWARD DRAPER.

September 26, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. VAN CHARLES TAYLOR.

September 26, 1988.

Petition for certification denied.